[No. 5132.]

MARTIN, WARDEN, v. THE DISTRICT COURT OF THE
SECOND JUDICIAL DISTRICT AND JOHN I. MUL-
LINS, ONE OF THE JUDGES, ET AL.

**Former Opinion Followed.**

The application in this case for a writ of error is treated as
an application for an original writ of certiorari and is allowed,
and the judgment of the district court is set aside for the reasons
given in Martin, Warden, v. District Court et al., ante, p. 110.

*Original Application for Writ of Certiorari.*

An application by E. H. Martin, as warden of
the state penitentiary, for a writ of *certiorari* to re-
view the action of the district court of the second
judicial district of Colorado and of John I. Mullins,
one of the judges thereof, in releasing John Vaughn
from the penitentiary.                    *Writ granted.*

Mr. N. C. MILLER, attorney general, Mr. I. B.
MELVILLE, assistant attorney general, Mr. HENRY A.
LINDSLEY, district attorney, and Mr. GEO. ALLAN
SMITH, assistant district attorney, for petitioners.

Mr. JUSTICE CAMPBELL delivered the opinion of
the court:

An information was filed in the district court of
Ouray county charging the respondent Vaughn with
the commission of the crime of robbery on the 27th
of May, 1899. In the following November he was
convicted thereof and sentenced to the state peniten-
tiary for a term of not less than fourteen nor more
than twenty-one years. Thereafter, and in July,
1902, the respondent, as petitioner, applied for and
obtained a writ of *habeas corpus* in the district court
of the second judicial district, and upon hearing was
discharged from custody. To that judgment the
warden, as respondent below, has sued out a writ of
error.

This cause was consolidated for hearing with two other causes, reported at *ante,* pp. 110 and 119. For the reasons given in the opinion in the principal case, the application herein is treated as an application for an original writ of *certiorari.* The legal questions involved in the three cases being the same, it follows that the writ must be allowed in this case, and the judgment reviewed set aside.

*Writ granted.*

Chief Justice Gabbert and Mr. Justice Steele concur.